```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :           ORDER         08 Cr. 523
                                   :
EDMUND BOYLE,                      :
LETTERIO DECARLO, and              :
THOMAS DONO                        :
                                   :
        Defendants.                :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, the above-captioned indictment was returned on June 11, 2008 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 523 be unsealed.

Dated: New York, New York
       June 18, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK