UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA                    Docket No. 08 Cr 523 (CM)

-v-

EDMUND BOYLE, LETTERIO DECARLO and           ORDER
THOMAS DONO,
                Defendants.
-------------------------------------------------------------X

    Upon the application of Jerry L. Tritz, Esq., Second Circuit Case-Budgeting Attorney, that Peter Quijano, Esq., as CJA learned counsel for Edmund Boyle, Allan Haber, Esq. as CJA lead counsel and Frederick Cohn, Esq. as CJA learned counsel for Letterio DeCarlo and Mitchel Dinnerstein, Esq. as CJA learned counsel for Thomas Dono, be authorized to expend the hours listed below to commence preparation of their clients' death eligible cases, it is Ordered:

    That Messrs. Quijano, Haber, Cohn and Dinnerstein are each authorized to expend 150 hours at a rate of compensation of $170 per hour, and it is further Ordered:

    That Messrs. Quijano, Haber, Cohn and Dinnerstein are authorized to retain the services of the following service providers at the rates and for the number of hours set forth below:

| | | |
|---|---|---|
| Investigator | 150 hours | $85-$90 per hour |
| Paralegal | 200 hours | $35-$50 per hour |
| Mitigation Expert | 200 hours | $100 per hour |
| Associates | 150 hours | $80-$90 per hour |

So Ordered

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08