SECOND JUDICIAL CIRCUIT OF THE UNITED STATES
UNITED STATES COURTHOUSE
40 FOLEY SQUARE-ROOM 2904
NEW YORK, NEW YORK 10007
(212) 857-8700 PHONE
(212) 857-8680 FACSIMILE

DENNIS JACOBS
CHIEF JUDGE

DOCKET IN CASE #
AS: Letter
DATE,          CM

KAREN GREVE MILTON
CIRCUIT EXECUTIVE

JERRY L. TRITZ
SECOND CIRCUIT CJA CASE-BUDGETING ATTORNEY

July 17, 2008

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Edmund Boyle, et al.
      08 CR 523 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

Dear Judge McMahon:

   Enclosed is an Order which I respectfully submit for your signature. It authorizes the CJA attorneys in the above referenced case, to commence work on this death eligible case and to begin to retain various experts at the rates and for the hours indicated. Defendants Boyle, DeCarlo and Dono are all charged with death eligible counts.

   These hours you are being asked to approve are, in terms of case budgeting, referred to as a preliminary budget. With these hours, counsel can immediately get started preparing their cases by hiring investigators, mitigation experts, paralegals etc., rather than waiting for a formal budget to be approved. Submitting a formal budget on an Excel spreadsheet program, usually entails waiting for and then at least commencing review of the discovery material. This could take some time. By authorizing these early funds, we hopefully cut back severely on any delay. It is with this in mind that I seek the approvals contained in the attached Order.

Respectfully submitted,

Jerry L. Tritz
Circuit Case-Budgeting Attorney

cc:   Peter Quijano, Esq.
      Allan Haber, Esq.
      Frederick Cohn, Esq
      Mitchell Dinnerstein, Esq.