UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

EDMUND BOYLE,　　　　　　　　　　　　　　　　08 Cr. 523 (CM)
LETTERIO DECARLO, and
THOMAS DONO,

                      Defendants.

------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., 750 Lexington Avenue, 15th Floor, New York, New York 10022, appears on behalf of defendant THOMAS DONO in the above-captioned case.

Dated:     New York, New York
            July 29, 2008

                                                     _____
                                                     **JEFFREY LICHTMAN, ESQ.** (JL6328)
                                                     LAW OFFICES OF JEFFREY LICHTMAN
                                                     750 LEXINGTON AVENUE, 15TH FL.
                                                     NEW YORK, NEW YORK 10022
                                                     Ph: (212) 581-1001
                                                     Fx: (212) 581-4999