LAW OFFICES OF
# JEFFREY LICHTMAN
750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

TELEPHONE
(212) 581-1001

FAX
(212) 581-4999

**MEMO ENDORSED**

August 6, 2008

8/6/08
Permission for defendant to attend his sister's wake is granted w/ the gout's consent. The def. & the gout are to make the necessary arrangements to have the Marshal's Service escort def. to the wake.

*[signature: Colleen McMahon]*

BY FAX: 212-805-6326
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>U.S. v. Dono, et al.</u>, 08 CR 523 (CM)

Dear Judge McMahon:

I am writing on behalf of defendant Thomas Dono to request an Order permitting him to attend the wake of his sister, Danielle, who died suddenly last night at age 36. Just two weeks ago, Danielle suffered a miscarriage and lost her twins at 21 weeks of her pregnancy; last night she had a massive heart attack and died at home.

I have spoken to AUSA Honig who consents to this request. We will require the Marshal's involvement as they will accompany Mr. Dono to the wake; Mr. Honig is in the process of contacting the Marshal and learning what needs to occur in order for such a trip to be undertaken. As soon as I learn of the exact time and place of the wake I will forward this information to the Court and the appropriate parties.

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Jeffrey Lichtman

cc:   Elie Honig, Esq.(by fax)
      Assistant United States Attorney

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```